

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00200-CV

———————————————

ESSENTIAL LOGISTICS, LLC, JASON ELSER, AND LUIS ALONSO GALICIA, Appellants

V.

MIDLAND EQUIPMENT FINANCE, Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-335498-22

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: September 12, 2024